ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 10 2017

CLERK, U.S. DISTRICT COURT
By_____
   Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                                        No. 4:17-MJ-866

MARK ALLEN STILES

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about November 10, 2017, in the Fort Worth Division of the Northern District of Texas, the defendant, Mark Allen Stiles, did intentionally and knowingly by force, violence and intimidation take from the person and presence of M.W., money belonging to and in the care, custody, control, management and possession of a bank, that is, the EECU, 1253 North Little Road, Kennedale, Texas, the deposits of which were then insured by the Federal Deposit Insurance Association (FDIC)   In violation of 18 U.S.C. § 2113(a).

I, Stephanie Phillips (your Affiant), further state that I am a detective with the Fort Worth Police Department (FWPD) and I am currently assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI), Fort Worth, Texas, and that this Complaint is based upon the following facts:

1. I have been employed as an officer with FWPD since 1992, assigned as a Detective since 2010, and I am currently assigned to investigate violations of 18 U.S.C. § 2113, relating to Bank Robbery. The information contained in this affidavit is from my personal knowledge and from information provided by other individuals.

2. On November 10, 2017, law enforcement officers responded to a robbery at EECU located at 1253 North Little Road, Kennedale, Texas ("the bank"). Your affiant responded and Task Force Officer Weldon Scott Thompson. TFO Thompson interviewed M.W.

3. M.W., the victim teller, related that at approximately 1:30 p.m. she was at work at her teller station when a white male, hereinafter referred to as robber walked into the bank. The robber told M.W., "I have a gun. I need $1500." M.W. paused and the robber said "hurry up, no funny business." W.M. took the $50's and $100's from her drawer and gave it to the robber out of fear for her safety.

4. The robber left the bank and was observed on video getting into a black colored Chevrolet HHR vehicle.

5. Based upon previous investigation the robber and the robber's vehicle matched the description of previous robberies including one at the same bank.

6. Approximately an hour before this robbery the same subject walked into the Bank of the West located at 2400 West Irving Boulevard in Irving, Texas. The employees recognized the subject from the previous as the robbery at this location involving the same individual. Fearing he was about to rob them they were on alert and the subject walked out without robbing the bank. A witness observed him getting into a black colored Chevrolet HHR bearing Texas license plate XXX9731.

7. This information was relayed to your affiant who obtained a photograph of the registered owner, Mark Stiles. Mark Stiles appeared to match the description of the bank robber at EECU. A computer search revealed Mark Stiles had an active felony warrant on an unrelated charge.

8. Your affiant contacted the Fort Worth Police Department and requested assistance in locating Mark Stiles who had a listed address of XXX Mildred Lane, Benbrook, Texas.

9. Fort Worth Police located Mark Stiles occupying the black Chevrolet HHR bearing Texas license plate XXX9731. When officers approached Mark Stiles in the vehicle, officers observed clothing which matched that worn by the robber at EECU.

10. Fort Worth Police Officers transported Mark Stiles to 3525 Marquita Drive, Fort Worth, Texas where your affiant and TFO Thompson interviewed Mark Stiles. Mark Stiles was given his advice of rights to which he waived and he gave a full confession to the robbery today at the EECU as well as three other bank robberies.

As such, based upon the aforementioned facts, I believe that Mark Allen Stiles, white male, has committed the offense of Bank Robbery, in violation of 18 U.S.C. § 2113(a).

11/10/2017
Date

Detective Stephanie Phillips
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, 10th day of November 10, 2017, at 8:00 a.m./p.m. in Fort Worth, Texas.

_____ (original)
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE