UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:17-MJ-866 |
| | § | |
| MARK ALLEN STILES | § | |

### NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.


Dated: 11/14/17                    s/Cody Cofer
                                   CODY COFER
                                   Assistant Federal Public Defender
                                   Northern District of Texas
                                   Texas Bar No. 24066643
                                   819 Taylor Street, Room 9A10
                                   Fort Worth, Texas 76102
                                   (817) 978-2753


### CERTIFICATE OF SERVICE

I, Cody Cofer, hereby certify that on this the 14th day of November 2017, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

                                   s/Cody Cofer
                                   CODY COFER